UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KIRK,<br><br>        Petitioner,<br><br>   v.<br><br>JERRY BROWN,<br><br>        Respondent. | Case No.  15-cv-03180-JST (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 5 |

Pursuant to petitioner's notice of voluntary dismissal (dkt. no. 5), this case is DISMISSED without prejudice.  See Fed. R. Civ. P. 41(a).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
JON S. TIGAR
United States District Judge